# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DANIEL J. KORNSTEIN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

DIANE L. HOUK

NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
ANANDA BURRA
FRANCESCA COCUZZA
EMMA L. FREEMAN
ANDREW K. JONDAHL
SCOUT KATOVICH
NOEL R. LEÓN
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER

January 21, 2022

*Via ECF*

MEMORANDUM ENDORSED

The Hon. Gabriel W. Gorenstein
Magistrate Judge
U.S. District Court, SDNY
40 Foley Square
New York, NY 10007

   Re: *First Look Institute, Inc. and Sharon Lerner v. Defense Threat Reduction Agency*, No. 21-cv-9337 (GWG)

Dear Judge Gabriel W. Gorenstein:

  We represent Plaintiffs First Look Institute and Sharon Lerner ("Plaintiffs") in the above captioned action brought pursuant to the Freedom of Information Act ("FOIA"). As set forth in the parties' initial letter to Judge Torres, defendant Defense Threat Reduction Agency ("DTRA") made its final production of documents in response to Plaintiffs' FOIA request on January 10, 2022. *See* ECF No. 15. As part of that letter, the parties proposed that they submit a joint status update by January 24, 2022, as Plaintiffs believed that would afford them sufficient time to review DTRA's production. *See id.* On January 11, 2022, the Court (Torres, J.) granted the parties' request to file a joint status report on January 24, 2022 "to apprise the Court of any outstanding issues and how they intend to proceed with respect to those issues, if any." ECF No. 16. Due to unforeseen circumstances, Plaintiffs need additional time to review DTRA's production. Accordingly, we write, jointly with Defendant, to ask the Court for a three-week extension, until February 7, 2022, to provide this joint status report, which would allow the parties sufficient time to confer and hopefully reach agreement as to next steps. This is the parties' first request.

               Very truly yours,
               /s/
               Debra L. Greenberger

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

                                  Victoria Noble, Esq.*
                                  *First Look Institute*

c.    Danielle Levine, counsel for DTRA, *via ECF*

*Admitted Pro Hac Vice

Extension to February 7, 2022, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

January 24, 2022