UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST LOOK INSTITUTE, INC. AND SHARON LERNER,

                      Plaintiffs,

-v-

DEFENSE THREAT REDUCTION AGENCY,

                      Defendant.

No. 21 Civ. 9337 (GWG)

**STIPULATION AND [PROPOSED] ORDER OF SETTLEMENT AND DISMISSAL**

      WHEREAS, on November 11, 2021, plaintiffs First Look Institute, Inc. ("FLI") and Sharon Lerner (together, "Plaintiffs") filed a complaint seeking the release of certain records by the Defense Threat Reduction Agency ("DTRA"), pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") (Dkt. No. 1);

      WHEREAS, on December 14, 2021, DTRA made an interim production of 163 pages;

      WHEREAS, on January 10, 2022, DTRA made a final production of 1,555 pages, releasing all non-exempt records responsive to Plaintiffs' FOIA request;

      WHEREAS, DTRA withheld certain information within documents produced to Plaintiffs pursuant to FOIA exemptions (b)(4) and (b)(6);

      WHEREAS, upon review of the released records, Plaintiffs had no objections to DTRA's production and agreed to dismiss the case, subject to FLI's claim for attorney's fees and litigation costs;

      WHEREAS, Plaintiff Lerner is not asserting a claim for attorney's fees or litigation costs reasonably incurred in connection with this matter pursuant to 5 U.S.C. § 552(a)(4)(E);

WHEREAS, the parties agree that the only remaining issue in this matter concerns FLI's claim of entitlement to attorney's fees and litigation costs reasonably incurred in this case pursuant to 5 U.S.C. § 552(a)(4)(E); and

WHEREAS, the parties wish to resolve FLI's claim for attorney's fees and litigation costs consensually without further litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. Pursuant to 5 U.S.C. § 552(a)(4)(E), as soon as reasonably practicable after the Court has endorsed and docketed this Stipulation and Order, DTRA shall pay to FLI the sum of $2,455.19 (the "Settlement Amount"), by electronic funds transfer to an account in the name of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, as attorney for FLI, using bank routing information to be supplied by counsel for FLI. FLI, through its undersigned attorney, agrees to accept the Settlement Amount as full payment of any costs and/or attorney's fees that it has incurred in connection with this matter.

2. FLI shall be solely responsible for full compliance with all applicable Federal, state, and local tax requirements. FLI, through its undersigned attorney, executes this agreement without reliance upon any representation by DTRA as to tax consequences, and FLI is responsible for the payment of all taxes that may be associated with this settlement. FLI understands and agrees that this transaction may be reported to the Internal Revenue Service and other government agencies in the ordinary course of the business of the United States.

3. Effective upon payment of the Settlement Amount set forth in Paragraph 1, Plaintiffs release the United States, its agencies, departments, officers, employees, servants, and agents, including DTRA, from any claims for attorney's fees, costs, and expenses of any kind,

and however denominated, relating to services performed in connection with the above-captioned matter.

4. Nothing in this Stipulation and Order shall constitute an admission by the United States or its agencies, including DTRA, that Plaintiffs "substantially prevailed" in this case under 5 U.S.C. § 552(a)(4)(E).

5. The parties understand and agree that this Stipulation and Order contains the entire agreement between them. No statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

6. This action is hereby dismissed with prejudice, provided that the Court shall retain jurisdiction over any issues that may arise relating to this Stipulation and Order.

7. This stipulation may be executed in counterparts. Facsimile or PDF signatures shall have the same force and effect as original signatures.

New York, New York  
March 7, 2022

New York, New York  
March 7, 2022

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP  
*Attorneys for Plaintiffs*

DAMIAN WILLIAMS  
United States Attorney for the  
Southern District of New York  
*Attorney for Defendant*

_____  
Debbie Greenberger, Esq.  
600 Fifth Ave at Rockefeller Plaza, 10th Floor  
New York, New York 10020  
Tel.   (212) 763-5000  
Email: dgreenberger@ecbawm.com

_____  
Danielle J. Levine  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.   (212) 637-2689  
Email:  danielle.levine@usdoj.gov

New York, New York
March ___, 2022

SO ORDERED:

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE